# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CRISOSTOMO and LUCILA CRISOSTOMO,<br><br>    Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-01864 DSF (Ex)<br>[Filed: January 24, 2018]<br>[Removed: March 06, 2018]<br><br>Judge:    Hon. Dale S. Fischer<br>Courtroom:  7D<br><br>**ORDER OF DISMISSAL**<br><br>DISCOVERY CUT-OFF:  03/04/19<br>MOTION CUT-OFF:     04/22/19<br>TRIAL DATE:           07/30/19 |

    Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

    IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the settlement terms and conditions of the settlement.

**IT IS SO ORDERED.**

DATE: 6/25/2019           By: _Dale S. Fischer_
                                              HON. DALE S. FISCHER
                                              UNITED STATES DISTRICT JUDGE